IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-01675-REB-MEH

EFRAIN CARDENAS TAFOYA,

    Petitioner,

v.

JANET NAPOLITANO, Secretary, Homeland Security,
HILLARY CLINTON, Secretary, U.S. Department of State,
CHARLES GILKEY, Warden, GEO Detention Facility in Aurora, CO, and
JOHN LONGSHORE, Director, Immigration & Customs Enforcement,

    Respondents.

## ORDER VACATING ORDER OF REFERENCE
## TO UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

This matter comes before the Court, *sua sponte*. This matter was referred to United States Magistrate Judge Michael E. Hegarty in the court's **Order of Reference To United States Magistrate Judge** [#2] entered July 15, 2010. This order was entered inadvertently and should be vacated.

**THEREFORE, IT IS ORDERED** that the **Order of Reference To United States Magistrate Judge** [#2] entered July 15, 2010, is **VACATED**.

Dated August 18, 2010, at Denver, Colorado.

                        BY THE COURT:

                        Robert E. Blackburn
                        United States District Judge